IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| AMERICAN HERITAGE LIFE | § | |
| INSURANCE COMPANY | § | |
| | § | |
| v. | § | Case No. 6:15-cv-95-MHS-JDL |
| | § | |
| ROXEANN C. MITCHELL, KIRSTEN | § | |
| REDD, and ERIN GALLAGHER | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Magistrate Judge issued a Report and Recommendation concluding that Defendants Kirsten Redd and Erin Gallagher's Second Motion for Default Judgment (Doc. No. 21) and Plaintiff American Heritage Life Insurance Company's ("AHL") Agreed Motion to Distribute Funds and for Dismissal with Prejudice (Doc. No. 22) should be granted, and that Redd and Gallagher's First Motion for Default Judgment (Doc. No. 16) be denied as moot.

The Report and Recommendation of the Magistrate Judge, which contains his findings, conclusions, and recommendation for the disposition of these motions, has been presented for consideration (Doc. No. 25). The Magistrate Judge's recommendation was mailed to the defaulting defendant, Roxeann C. Mitchell, and an acknowledgement of her receipt was filed with the Court on June 16, 2016 (Doc. No. 26). The parties, including Defendant Mitchell, have made no objections to the Report and Recommendation. The objection period having passed, Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

1

It is accordingly **ORDERED** that Defendants Redd and Gallagher's Second Motion for Default Judgment (Doc. No. 21) and Plaintiff AHL's Agreed Motion to Distribute Funds and for Dismissal with Prejudice (Doc. No. 22) are hereby **GRANTED**, and Redd and Gallagher's First Motion for Default Judgment (Doc. No. 16) is **DENIED AS MOOT**.

A separate judgment will issue.

**It is SO ORDERED.**

**SIGNED this 12th day of July, 2016.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE